# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 2, 2023

Lyle W. Cayce
Clerk

———————

No. 23-10190
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EMMANUEL GIL,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-292-1

_____

Before HAYNES, GRAVES, and HIGGINSON, *Circuit Judges*.

PER CURIAM:*

Emmanuel Gil appeals his sentence of 53 months of imprisonment and three years of supervised release for illegally reentering the United States after removal, in violation of 8 U.S.C. § 1326(a) and (b). He argues that § 1326(b) is unconstitutional because it allows a sentence above the otherwise applicable two-year statutory maximum of imprisonment in § 1326(a) based

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt.  He also argues that his three-year term of supervised release is unconstitutional for the same reasons, as it exceeds the one-year maximum that would apply under § 1326(a) and 18 U.S.C. §§ 3559 and 3583.  However, he correctly concedes that his arguments are foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and he raises them merely to preserve them for further review.  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  The Government has moved, without opposition, for summary affirmance, or in the alternative, for an extension of time to file a brief on the merits.

Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's unopposed motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.